I/S

1  Romone Donte Willis _____ (Full Name)
2  willis.v.chp840@gmail.com __ (Email Address)
3  25060 Hancock Ave. Ste. 103-394 (Address Line 1)
4  Murrieta, CA 92562 _____ (Address Line 2)
5  909-705-7816 _____ (Phone Number)
6  Plaintiff in Pro Per

```
FILED
CLERK, U.S. DISTRICT COURT
06/04/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:      AP       DEPUTY
```

**FEE PAID**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMONE DONTE WILLIS,<br><br>Plaintiff(s),<br><br>vs.<br><br>CHP RIVERSIDE AREA DEPT. 840<br>STEVEN BRANCONIER<br>SCOTT BEAUCHENE<br>TRAVIS MONKS<br>PHILIP ROGERS<br>JOSE RENTERIA<br>NIKO LE BEAU<br>ERIC C. SULLIVAN<br>JANE OR JOHN DOE<br>JANE OR JOHN DOE<br><br>Defendant(s). | Case No.: 5:25-cv-01425-AH(SSC)<br><br>**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**<br><br>**Jury Trial Demanded: Yes** |

Form prepared by Public Counsel.
© 2012, 2014, 2023 Public Counsel.
All rights reserved.
Revised: October 2023

# I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

# II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district.

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

2
(page number)
Civil Rights Complaint Pursuant to U.S.C. 1983

## III. PARTIES

3. Plaintiff __ROMONE DONTE WILLIS__ resides at:
   *(your full name)*
   Riverside County California and is a transient citizen there within. The plaintiff is 42 years old, a United States Air Force Veteran, and unemployed.
   *(your address)*

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant __CALIFORNIA HIGHWAY PATROL RIVERSIDE AREA DEPARTMENT 840__ works at
   *(full name of Defendant)*
   CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504.
   *(Defendant's place of work)*

Defendant's title or position is __PHYSICAL OFFICE__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because: The involved officers thereof were on duty agents acting under the color of law

5. Defendant __STEVEN BRANCONIER__ works at
   *(full name of Defendant)*
   CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504.
   *(Defendant's place of work)*

Defendant's title or position is __CAPTAIN, Badge #18856__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because: he assisted with making an unlawful request and arrest acting in the capacity of a CHP agent.

6. Defendant **SCOTT BEAUCHENE** works at
*(Insert ¶ #)* *(full name of Defendant)*
CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504.
*(Defendant's place of work)*

Defendant's title or position is **SERGEANT, Badge #16607**.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity             ■ official capacity

This Defendant was acting under color of law because he used his official capacity to physically restrain me resulting in injuring my shoulder by yanking my forearm to assist in the excessive use of force. He assissted the arrest and reported false statements in Arrest Report file #202300778 as an acting CHP agent.

7. Defendant **TRAVIS MONKS** works at
*(Insert ¶ #)* *(full name of Defendant)*
CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504.
*(Defendant's place of work)*

Defendant's title or position is **SERGEANT, Badge #18848**.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity             ■ official capacity

This Defendant was acting under color of law because his official capacity was used as an acting CHP agent to enact excessive force to subdue me by way of choke hold without informing me that I would be physically restrained or articulated a lawful reason that would lead to my arrest.

Civil Rights Complaint Pursuant to U.S.C. § 1983

8. Defendant __PHILLIP ROGERS__ works at
*(full name of Defendant)*
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
*(Defendant's place of work)*

Defendant's title or position is __SERGEANT, Badge # 16174__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity     ■ official capacity

This Defendant was acting under color of law because __he exercised his official authority to actively assault me and try to gain possession of my personal items to search them and detain me without a lawful justification.__

9. Defendant __JOSE RENTERIA__ works at
*(full name of Defendant)*
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
*(Defendant's place of work)*

Defendant's title or position is __OFFICER, Badge #19527__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity     ■ official capacity

This Defendant was acting under color of law because __he exercised his official authority by subduing me. While doing so, he injured my back and shoulder by pressing his knee into my back after I was choked and forced face down into the ground, then twisting my shoulders into position behind my back to handcuff me.__

Civil Rights Complaint Pursuant to U.S.C. § 1983

10. Defendant __NIKO LE BEAU__ works at
*Insert ¶ #*        *(full name of Defendant)*
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
*(Defendant's place of work)*

Defendant's title or position is __OFFICER, Badge #21831__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because __he exercised his official authority to take possession of my personal item backpack to search it and remove items from it without a warrant or lawful justification.__

11. Defendant __ERIC C. SULLIVAN__ works at
*Insert ¶ #*        *(full name of Defendant)*
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
*(Defendant's place of work)*

Defendant's title or position is __OFFICER, Badge #01762__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because __he exercised his individual capacity by submitting a witness statement about the day of the arrest, and in his official capacity he intentionally submitted false information within Arrest Report file #202300778 to attempt to officially indicate that I allegedly committed theft.__

6
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

12. Defendant __JANE OR JOHN DOE__ works at
Insert ¶ #         (full name of Defendant)
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
(Defendant's place of work)

Defendant's title or position is __CHP PERSONNEL__.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because __he or she exercised both individual and official capacity and chose to alter and withhold the original body cam recordings that I requested.__

13. Defendant __JANE OR JOHN DOE__ works at
Insert ¶ #         (full name of Defendant)
__CHP RIVERSIDE OFFICE: 8118 LINCOLN AVENUE RIVERSIDE, CA 92504__.
(Defendant's place of work)

Defendant's title or position is __CHP PERSONNEL__.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because __he or she exercised both individual and official capacity to review and approve the submission of the false and contradicting statements within Arrest Report file #202300778, and the alterations done to the body cam recordings that I requested.__

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

14. On June 7, 2023, I, the plaintiff, arrived at the California Highway Patrol Riverside Area Department located at: 8118 Lincoln Avenue Riverside, CA 92504, around 1330 hours. Prior to my arrival date, CHP personnel had instructed me on a phone conversation, to bring specific documents to validate that I was the owner of my car to complete a "Tow Only Release Request." Yet, when I arrived in person to the CHP Riverside office, I was informed that my vehicle would not be released. I immediately requested to speak with a supervisor.

15. Upon request, Sergeant Rogers Badge #16174 gathered my vehicle forms and License from the lobby window recepticle to inspect the authenticity of my documents. After inspecting them, he left the window to retrieve the impound documents on file. Rogers returned to the window to inform me that he would not facilitate a "Tow Only Release," and go to the DMV to renew my registration. As I expressed how displeased I was with the negelctful interactions with CHP personnel, Rogers placed my documents through the window into my possession.

16. I confirmed that my License was returned and put the rest of my forms in my backpack. Rogers watched me secure my items while I was still verbalizing my anguish as I walked out of the office and to my motorcycle. As I put on my helmet, Rogers comes out accompanied with another officer and explains that he may have handed me additional forms and asked me to retrieve them. I replied that I'm not looking to see if he made a mistake because he wasted enough of my time, and that he could retrieve the forms from the DMV. As I continued to my motorcyle, Rogers grabbed my backpack to take my forms by force and without my permission or lawful reason.



17. I spun around to get out of his grasp and face him to clearly state "Do Not Touch Me! If you made a mistake, I don't have to fix it!" As I continued to my motorcycle, Rogers impeded my access while saying he couldn't let me leave. I asked what I was being detained for. Rogers said "for theft." My reply was that he couldn't detain me because he knows I didn't commit theft. Then as I placed my key into its ignition, Rogers moves to grab my key. I then move faster to retrieve my key. After I obtain my key, I say, "you can't detain me for theft! I'll walk to the DMV then!" I started walking because Rogers still impeded my access.

18. After crossing the streeet, I see Monks #18848, Beauchene #16607, and Renteria #19527 exits the CHP office. Monks yells stop. I stop and ask what for. In formation, the 3 officers accosted me while demanding forms that Rogers had given me. After I stated that Rogers handed me forms, I record the hostility as I start to walk backwards to avoid their imminent attack. When Beauchene was in reach of me, he yanks my left arm. Monks positioned behind and put me in a rear chokehold. Adjacently, Le Beau #21831 joins by grabbing my left arm to assist in slamming me to the ground. I stated multiple times that my shoulder is injured.

19. Unresponsive to my statement, Monks then leaned his weight to the wrist he pressed into my back as Beauchene, Le Bea, and Renteria all wrenched and twisted my shoulders and arms to position me into handcuffing me. As I lay there helplessly to move, they handcuffed me without acknowledging why I was being detained with the use of excessive force, or why I was being placed in handcuffs. After they aggresively handcuffed me, they grabbed me by my shoulders to flip me over and sit me on my backside. Once on my back, Beauchene and Le Beau began to unhook my backpack straps. While doing so, Beauchene tells me that I am under arrest as Monks was aggressively yelling at me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

20. However, Beauchene only told me that I am under arrest, because I clearly expressed that they did not have my permission to search my bag when they were trying to take it from me. When I asked why I was being placed under arrest Beauchene stated that I didn't stop when ordered to, and not complying with the request to hand over paperwork. Meanwhile, Le Beau took possession of my bag without my consent. He then opened and searched my backpack and took out documents I had already secured from previous appearances. No Officer informed me of my rights or allowed me to speak to an attorney.

21. After I had been aressted and released, I returned to the CHP Riverside office to retrieve my backpack and motorcycle. The CHP Riverside Department decided to impound my motorcycle and attempted to withhold my belongings upon my request to retrieve them. At a later date I requested the logged evidence connected to my citation, and I was given one altered body cam footage and the arrest report. After realizing the statements and information that the officers reported were intentionally falsified, I continued to request the original copies and reports of everything documented within my arrest.

22. After gathering all the information I could, I set out to find a lawyer to represent me to pursue justice. No attorney would answer my call to hold the CHP accountable for the injustice they imposed on me. I suffered financial loss because my criminal record reflected the incident. I sustained injuries from the excessive force used. I seek justice.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

23. Plaintiff realleges and incorporates by reference all of the paragraphs above.

24. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: the Defendants violated the Fourth and Fourteenth Amendment using Excessive Force and Neglecting proper and lawful enforcement procedures, which include unlawful seizures and failing to adhere to the protection of equal rights. Unlawful detainments, arrests, and alteration of evidence were made.

25. The above civil right was violated by the following Defendants: Scott Beauchene, Travis Monks, Philip Rogers, Jose Renteria, Niko Le Beau, Steven Branconier, Eric C. Sullivan, and Jane or John Doe

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

26. acting under the color of law: Beauchene neglected proper legal procedure used excessive force by yanking my arm and kicking my legs, filed false statements. Monks used excessive force by chokehold slamming me. Rogers had no legal cause to detain. Renteria used excessive force by wrenching my arms to cuff me. Le Beau seized my property unlawfully. Branconier allowed my arrest. Sullivan falsely stated my actions. Jane or John Doe approved false statements to be submitted and filed regarding Arrest Report #202300778

27. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: loss of liberty, invasion of privacy, wrongful prosecution, severe emotional harm, loss of finance, loss of reputation, loss of employment, loss of property, bodily injury, diminished future earnings capacity, legal costs


Page Number

## Claim #( 2 )

*(insert Claim#)*

28. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

29. Plaintiff has a Deprivation of Rights Under Color of Law claim under 42 U.S.C. 1983 for violation of the rights guaranteed by the Fourth and Fourteenth Amendment. The Defendants subjected the Plaintiff to the Deprivation of Rights Under Color of Law by misusing their authority to complete an unlawful arrest.

30. Plaintiff alleges the above claim against the following Defendant(s): Scott Beauchene, Travis Monks, Jose Renteria, Niko Le Beau, Philip Rogers

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

31. Under the color of law: Beauchene impeded my path and arrested me with no Probable Cause or legal justification. Monks impeded my path and chokehold slammed me with no Probable Cause or legal justification. Renteria impeded my path and wrenched my shoulder with no Probable Cause or legal justification. Le Beau seized my property with no Probable Cause or legal justification. Rogers impeded my path and right to travel with no Probable Cause or legal justification.

32. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way: loss of liberty, invasion of privacy, wrongful prosecution, severe emotional harm, loss of finances, loss of reputation, loss of employment, loss of property, bodily injury, diminished future earnings capacity, legal costs

Civil Rights Complaint Pursuant to U.S.C. § 1983

Case 5:25-cv-01425-AH-SSC   Document 1   Filed 06/04/25   Page 13 of 15   Page ID #:13

# Claim #( 3 )

*(insert Claim#)*

33. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

34. Plaintiff has a Conspiracy Against Rights claim under 42 U.S.C. 1983 for violation of the rights guaranteed by the Fourth and Fourteenth Amendment. Two or more Defendants Conspired Against the Plaintiffs' Rights by interfering with rights and privileges such as the right to be free from violence, the right to travel, and the right to be free from malicious prosecution.

35. Plaintiff alleges the above claim against the following Defendant(s):
Scott Beauchene, Travis Monks, Eric C. Sullivan, Jane or John Doe

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

36. Under the color of law: Beauchene falsely stated that I ran turned to run, and asked other officers to corroborate his story during the citation. Monks implied that I took Rogers' copies without permission. Sullivan falsely implied that I intended to knowingly keep Rogers' copies before leaving the lobby. Jane or John Doe altered and withheld original body cam footage.

37. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
loss of liberty, invasion of privacy, wrongful prosecution, severe emotional harm, loss of finances, loss of reputation, loss of employment, loss of property, bodily injury, diminished future earnings capacity, legal costs

13
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

38. awards for Compensatory Damages and Punitive Damages in an amount to be determined at trial, or an amount equal to or greater than $2,000,000 for actual injuries suffered as a direct and proximate result of the acts and omissions of the Defendants whom violated the Plaintiffs' rights secured by 42 U.S.C. 1983.

39. Compensatory Damages the Plaintiff sustained include: physical injuries, pain and suffering, severe emotional distress and mental anguish, deprivation and loss of personal property, financial losses, legal costs, loss of employment and future earning capacity, personal humiliation and impaired rep, and loss of liberty

40. Punitive Damages request an amount sufficient to punish Defendants for their willful, wanton, and reckless disregard of the Plaintiffs federally protected rights and to deter similar misconduct in the future.

41. Other Relief the Court deems Just and Proper is also respectfully requested

Dated: 06/04/2025

Sign: _____

Print Name: ROMONE DONTE WILLIS

14
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VII. DEMAND FOR JURY TRIAL

42. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 06/04/2025

Sign: _____

Print Name: <u>Romone Donte Willis</u>

Civil Rights Complaint Pursuant to U.S.C. § 1983